UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH PESOLA,

                          Plaintiff,

        -against-

VILLAGE OF COOPERSTOWN, BOARD OF
TRUSTEES OF THE VILLAGE OF COOPERSTOWN,
CAROL BATEMEN WALLER, Individually and in her
official capacity as former Mayor of the Village
of Cooperstown, JOSEPH BOONAN, Individually
and in his official capacity as a former member of
The Village Board of Trustees, DAVID CLAPPER,
Individually and in his official capacity as an
Employee of the Village Streets Department,
BRIAN CLANCY, Individually and in his official
capacity as Supervisor of Public Works, ALTON
DUNN, III, in his official capacity as a member of
The Village Board of Trustees, ERIC HAGE,
in his official capacity as a member of The Village
Board of Trustees, JEFF KATZ, in his official capacity
as a member of The Village Board of Trustees,
LYNNE MEBUST, in her official capacity as a member of
The Village Board of Trustees, WILLIS MONIE, JR.,
in his official capacity as a member of The Village
Board of Trustees and NEIL WEILLER, Individually
and in his official capacity as a member of The Village
Board of Trustees,

**STIPULATION OF
DISCONTINUANCE**

Civil Case No.:  10-cv-0829
(TJM/DEP)

                          Defendants.

---

***IT IS HEREBY STIPULATED AND AGREED,*** by and between the

undersigned, the attorneys of record for all the parties to the above-entitled action, that

whereas no party hereto is an infant or incompetent person for whom a committee has

been appointed and no person nor a party has an interest in the subject matter of the

action, the above-entitled action be, and the same hereby is, discontinued, with prejudice

and without costs to either party as against the other.  This stipulation may be filed

without further notice with the Clerk of the Court.

DATED: 3|22\11                               DATED: 2/22/11

Bailey, Kelleher & Johnson, P.C.            Hinman Straub, P.C.

By: _____              By: _____
    William T. Little                          Joseph M. Dougherty
    Bar Roll No.: 513706                        *Attorneys for Plaintiff*
    *Attorneys Defendants*                      121 State Street
    Pine West Plaza 5, Suite 507                Albany, NY 12207
    Washington Avenue Extension
    Albany, New York 12205

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:  April 22, 2011

2